UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DARRYL A. ROBINSON,

    Petitioner,

v.                                                  Case No. 2:06-cv-21
                                                    HON. R. ALLAN EDGAR

TIM LUOMA,

    Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS **ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (Docket #5) is **APPROVED and ADOPTED** as the opinion of the Court.

2. The petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**. Petitioner is **DENIED** a certificate of appealability should he file an appeal of this **JUDGMENT**.


Dated: *April 17, 2006*                                   /s/ *R. Allan Edgar*
                                                                 R. ALLAN EDGAR
                                                                 UNITED STATES DISTRICT JUDGE